UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

IN RE:                                                                        CASE NO.  15-80482 JJG-13
    JIMMY LEE HOUSLEY, SR, and
    SHERRI LYNN HOUSLEY,
        Debtor(s).

## AGREED ENTRY RESOLVING DEBTORS' OBJECTION TO TRUSTEE'S MOTION TO MODIFY

Come now the Debtors, by counsel, Andrew M. Wilkerson, and Donald L. Decker, Chapter 13 Trustee, and stipulate and agree as follows:

1. The modification plan payment schedule is as follows:

   | | |
   |---|---|
   | Payment amount: | $80,410.00 paid through July 2018 |
   | | $2,325.00 per month for 30 months beginning August 2018 |
   | Plan term: | 67 months |
   | New base: | $150,160.00 |

2. Debtors shall make each payment timely.  If payments are not timely made, the Trustee may file a Notice of Default.  If within ten (10) days from the filing of the Notice of Default, no responsive pleading is filed, the Court will consider this matter for automatic dismissal with no further notice.

3. All other terms of the confirmation order remain in effect.

Dated:  August 15, 2018                        /s/ Andrew M. Wikerson
                                                      Andrew M. Wilkerson
                                                      Rowdy G. Williams Law Firm
                                                      1117 Wabash Ave
                                                      Terre Haute, IN 47807
                                                      Phone: (812) 232-7693
                                                      E-Mail: bk@rowdywilliams.com

Dated:  August 15, 2018                        /s/  Donald L. Decker
                                                        Donald L. Decker, Chapter 13 Trustee
                                                      PO Box 9237
                                                      Terre Haute, IN 47808-9237
                                                      Phone:  (812) 234-2600
                                                      Fax:  (812) 234-2666
                                                      E-Mail:  ddecker@decker13trustee.com